REQUEST FOR COURT ACTION / DIRECTION

TO:  Jim Molinelli
     Docket Clerk

OFFENSE: Conspiracy to Distribute in Excess of 50 grams of Cocaine Base (21 USC 846).

ORIGINAL SENTENCE: Two Hundred and Ten (210) months imprisonment followed by Five (5) Years Supervised Release.

SENTENCE REDUCED : One Hundred Sixty Eight (168) months imprisonment followed by Five (5) Years Supervised Release.

FROM: Margaret Carroll
      Sr. U.S. Probation Officer

SPEC. CONDITIONS: $50 Special Assessment Fee. The defendant will participate in a program approved by the United States Probation Office for SUBSTANCE ABUSE, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol. The Court authorizes the release of available drug treatment evaluations and reports to the substance abuse treatment provider, as approved by the Probation Officer. The defendant will be required to contribute to the costs of services rendered (co payment) in an amount to be determined by the probation officer, based on ability to pay or availability of third-party payment.

AUSA: Gary Spartis



RE:  Carl Hill
     Docket #2:92CR000093

DATE OF SENTENCE:  08/31/94

DATE:  July 3, 2008

ATTACHMENTS:  JUDGMENT X

## ASSIGNMENT FOR TRANSFER OF JURISDICTION

On August 31, 1994, the above-mentioned individual was sentenced as outlined above in the Southern District of Ohio, by the Honorable John D. Holschuh, U.S. District Judge.

Carl Hill                                         - 2 -                                         52135/MAC

On June 25, 2008, we received a letter from the Southern District of Ohio, advising that the Honorable John D. Holschuh, U.S. District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Hill's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to the Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                Respectfully submitted,

                Chris J. Stanton
                Chief U.S. Probation Officer

By: *Margaret Carroll /MC*
   Margaret Carroll
   Sr. U.S. Probation Officer
   212-805-5153